IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DELIVERCARERX, INC., <br><br> Defendant. | Case No. 1:14-cv-6832 <br><br> Hon. Judge Rebecca R. Pallmeyer <br><br> Hon. Magistrate Judge Young B. Kim |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by this stipulation signed by the parties, the parties hereby dismiss this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims. Except as otherwise agreed, each party shall bear its own costs and expenses, including attorneys' fees.

Date: July 21, 2015

Respectfully submitted,

PHILIP CHARVAT,

By his counsel,

*/s/ Anthony Paronich*
Edward Broderick
*ted@broderick-law.com*
Anthony Paronich
*anthony@broderick-law.com*
**BRODERICK LAW, P.C.**
99 High Street, Suite 304
Boston, MA 02110
617.738.7080
Fax: 617.830.0327

DELIVERCARERX, INC.,

By its counsel,

*/s/ David Almeida*
David Almeida
*dalmeida@sheppardmullin.com*
David Poell
*dpoell@sheppardmullin.com*
**SHEPPARD MULLIN
RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, IL 60602
312.499.6300
Fax: 312.499.6301

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was filed this 21st day of July, 2015, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Anthony Paronich*